JOHN C. CRUDEN
Acting Assistant Attorney General
Environment & Natural Resources Division

ROCHELLE L. RUSSELL (CA Bar No. 244992)
Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
301 Howard Street, Suite 1050
San Francisco, CA 94150
Tel:   (415) 744-6485
Fax:   (415) 744-6476
Email: rochelle.russell@usdoj.gov
*Attorney for Defendants*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ASSOCIATION OF IRRITATED RESIDENTS, an unincorporated association,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, LISA P. JACKSON, in her official capacity as Administrator of the United States Environmental Protection Agency, and LAURA YOSHII, in her official capacity as Acting Regional Administrator for Region IX of the United States Environmental Protection Agency,[1]/<br><br>Defendants. | Case No. 08-cv-05650 CW<br><br>**ORDER GRANTING AS MODIFIED STIPULATION TO EXTEND ANSWER DEADLINE AND TO CONTINUE INITIAL DISCOVERY, ADR REQUIREMENTS, AND CASE MANAGEMENT CONFERENCE** |

---

[1]/   Stephen L. Johnson and Wayne Nastri were previously named as defendants in their official capacities as Administrator and Regional Administrator, respectively, of the United States Environmental Protection Agency ("EPA"). Pursuant to Federal Rule of Civil Procedure 25(d), their successors, Lisa P. Jackson, Administrator of EPA, and Laura Yoshii, Acting Regional Administrator of EPA, are automatically substituted as defendants.

Stipulation to Extend Answer Deadline and to
Continue Initial Discovery, ADR Requirements,
and Case Management Conference                                      Case No. 08-cv-05650 CW

1  WHEREAS, on December 18, 2008, Plaintiff Association of Irritated Residents filed the
2  complaint in the above-captioned matter against Defendants United States Environmental
3  Protection Agency; Lisa P. Jackson, in her official capacity as Administrator of the United States
4  Environmental Protection Agency; and Laura Yoshii, in her official capacity as Acting Regional
5  Administrator for Region IX of the United States Environmental Protection Agency
6  (collectively, "EPA"), alleging that EPA has failed to undertake certain nondiscretionary duties
7  under section 304(a)(2) of the Clean Air Act, 42 U.S.C. § 7604(a)(2);
8  WHEREAS, Plaintiff and EPA seek to resolve this case through private settlement,
9  thereby reducing litigation expenses and preserving the Court's resources, and are currently
10 engaged in settlement discussions;
11 WHEREAS, any final settlement of this case must be approved by authorized officials at
12 the United States Department of Justice and EPA, a process that can take several weeks;
13 WHEREAS, at least 30 days before any final settlement of this matter can be entered,
14 EPA must provide notice of such settlement in the Federal Register and an opportunity for public
15 comment pursuant to section 113(g) of the Clean Air Act, 42 U.S.C. § 7413(g);
16 WHEREAS, no previous requests for extensions of time or continuances have been filed
17 in this case, and the parties believe that the requested extension and continuances below will not
18 adversely affect the schedule of this case;
19 NOW THEREFORE, pursuant to Local Rules 6-2 and 7-12, the parties, by and through
20 their undersigned counsel, hereby stipulate to the following:
21     1.   EPA's time for responding to Plaintiffs' complaint is extended by 90 days to May
22 18, 2009;
23     2.   The parties' deadline to meet and confer regarding initial disclosures, early
24 settlement, ADR process selection and certification, and discovery planning is continued until
25 June 3, 2009;
26     3.   The parties' deadline to file initial disclosures, a Case Management Statement,
27 and a Rule 26(f) Report is continued until June 17, 2009;
28     4.   The initial case management conference is continued until June 29, 2009, or a

Stipulation to Extend Answer Deadline and to
Continue Initial Discovery, ADR Requirements,
and Case Management Conference           2                           Case No. 08-cv-05650 CW

1  date thereafter set by the Court.

2

3  **COUNSEL FOR PLAINTIFF:**

4

5  Dated: February 10, 2009    /s/ Brent Newell  (with permission)
   BRENT NEWELL
   MARYBELLE NZEGWU
6  Center On Race, Poverty & the Environment
   47 Kearney Street, Suite 804
7  San Francisco, CA 94108
   Phone: (415) 346-4179
8  Email: bnewell@crpe-ej.org
   Email: mnzegwu@crpe-ej.org
9  *Counsel for Plaintiff Association of Irritated Residents*

10

11  **COUNSEL FOR DEFENDANTS:**

12

13  Dated: February 10, 2009    JOHN C. CRUDEN
   Acting Assistant Attorney General
14  Environment & Natural Resources Division

15   /s/ Rochelle L. Russell
   ROCHELLE L. RUSSELL
16  Trial Attorney,
   U.S. Department of Justice
17  Environmental & Natural Resources Division
   301 Howard Street, Suite 1050
18  San Francisco, CA 94150
   Tel:    (415) 744-6485
19  Fax:    (415) 744-6476
   Email: rochelle.russell@usdoj.gov
20  *Attorney for Defendants*

21

22

23  **PURSUANT TO STIPULATION, IT IS SO ORDERED, EXCEPT THE CASE MANAGEMENT CONFERENCE IS CONTINUED TO JUNE 30, 2009, AT 2:00 P.M.**

24       2/17/09
25  Dated: _____    _____

26  CLAUDIA WILKEN
   UNITED STATES DISTRICT JUDGE
27

28

**CERTIFICATE OF SERVICE**

I certify that on February 10, 2009, a true and correct copy of the foregoing **STIPULATION TO EXTEND ANSWER DEADLINE AND TO CONTINUE INITIAL DISCOVERY, ADR REQUIREMENTS, AND CASE MANAGEMENT CONFERENCE** was served electronically via the Court's e-filing system to Counsel of Record.

    /s/ Rochelle L. Russell
ROCHELLE L. RUSSELL