JOHN C. CRUDEN
Acting Assistant Attorney General
Environment & Natural Resources Division

ROCHELLE L. RUSSELL (Cal. Bar No. 244992)
Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
301 Howard Street, Suite 1050
San Francisco, CA 94105
Tel:     (415) 744-6485
Fax:    (415) 744-6476
Email: rochelle.russell@usdoj.gov
*Attorney for Defendants*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ASSOCIATION OF IRRITATED RESIDENTS, an unincorporated association, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, LISA P. JACKSON, in her official capacity as Administrator of the United States Environmental Protection Agency, and WAYNE NASTRI, in his official capacity as Regional Administrator for Region IX of the United States Environmental Protection Agency, [1]/ <br><br> Defendants. | Case No. 08-cv-05650 CW <br><br> **STIPULATION TO CONTINUE ANSWER DEADLINE** <br><br> **AND** <br><br> **ORDER THEREON** |

---

[1]/    Stephen L. Johnson was previously named as the lead defendant in this case in his official capacity as Administrator of the United States Environmental Protection Agency. Pursuant to Fed. R. Civ. P. 25(d), his successor, Lisa P. Jackson, is automatically substituted. Defendant Wayne Nastri no longer holds the position of Regional Administrator for Region IX of the United States Environmental Protection Agency; his successor, however, has not yet been chosen, and he therefore remains a named defendant in this action.

Stipulation to Continue Answer Deadline                                              Case No. 08-cv-05650 CW

1  WHEREAS, on December 18, 2008, Plaintiff Association of Irritated Residents filed the above-captioned matter against the United States Environmental Protection Agency ("EPA"), alleging that EPA has failed to undertake certain nondiscretionary duties under the Clean Air Act ("CAA"), 42 U.S.C. §§ 7401-7671q, and that such alleged failures are actionable under section 304(a)(2) of the CAA, 42 U.S.C. § 7604(a)(2);

WHEREAS, on February 17, 2009, the Court granted the parties' stipulation to continue EPA's time for responding to Plaintiff's Complaint until May 18, 2009;

WHEREAS, Plaintiff and EPA have reached a tentative settlement, the agreement for which must first be approved by authorized officials at the U.S. Department of Justice and EPA, a process that can take several weeks;

WHEREAS, EPA staff has recommended approval of the tentative settlement to authorized officials, but has not yet received approval;

WHEREAS, Plaintiff and EPA intend for the agreement to be entered through a Consent Decree, thereby precluding the need for the filing of an Answer;

WHEREAS, Plaintiff and EPA believe that the requested continuance below will not adversely affect the schedule or resolution of this case;

NOW THEREFORE, pursuant to Local Rules 6-2 and 7-12, the parties, by and through their undersigned counsel, hereby stipulate that EPA's time for responding to Plaintiff's Complaint, currently set for May 18, 2009, is continued two weeks until June 1, 2009.

**COUNSEL FOR PLAINTIFF:**

Dated: May 12, 2009        /s/ Brent Newell  (with permission)
                           BRENT NEWELL
                           MARYBELLE NZEGWU
                           Center On Race, Poverty & the Environment
                           47 Kearney Street, Suite 804
                           San Francisco, CA 94108
                           Phone: (415) 346-4179
                           Email: bnewell@crpe-ej.org
                           Email: mnzegwu@crpe-ej.org
                           *Counsel for Plaintiff Association of Irritated Residents*

**COUNSEL FOR DEFENDANTS:**

Dated: May 12, 2009        JOHN C. CRUDEN
                           Acting Assistant Attorney General
                           Environment & Natural Resources Division

```
                                    /s/ Rochelle L. Russell
                                   ROCHELLE L. RUSSELL
                                   Attorney, Environmental Defense Section
                                   U.S. Department of Justice
                                   301 Howard Street, Suite 1050
                                   San Francisco, CA 94150
                                   Tel:   (415) 744-6485
                                   Fax:   (415) 744-6476
                                   Email: rochelle.russell@usdoj.gov
                                   *Attorney for Defendants*
```

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

        5/14/09
Dated: _____            _____
                                   CLAUDIA WILKEN
                                   UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28