JOHN C. CRUDEN
Acting Assistant Attorney General
Environment & Natural Resources Division

ROCHELLE L. RUSSELL (Cal. Bar No. 244992)
Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
301 Howard Street, Suite 1050
San Francisco, CA 94150
Tel:   (415) 744-6566
Fax:   (415) 744-6476
Email: rochelle.russell@usdoj.gov
*Attorney for Defendants*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ASSOCIATION OF IRRITATED RESIDENTS, an unincorporated association,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, LISA P. JACKSON, in her official capacity as Administrator of the United States Environmental Protection Agency, and WAYNE NASTRI, in his official capacity as Regional Administrator for Region IX of the United States Environmental Protection Agency, [1]/<br><br>　　　　Defendants. | Case No. 08-cv-05650 CW<br><br>**STIPULATION TO STAY THE CASE PENDING PUBLIC COMMENT ON THE PROPOSED CONSENT DECREE**<br><br>**AND**<br><br>**ORDER THEREON AS MODIFIED** |

---

[1]/   Stephen L. Johnson was previously named as the lead defendant in this case in his official capacity as Administrator of the United States Environmental Protection Agency. Pursuant to Fed. R. Civ. P. 25(d), his successor, Lisa P. Jackson, is automatically substituted. Defendant Wayne Nastri no longer holds the position of Regional Administrator for Region IX of the United States Environmental Protection Agency; his successor, however, has not yet been chosen, and he therefore remains a named defendant in this action.

Stipulation to Stay the Case Pending Public
Comment on the Proposed Consent Decree　　　　　　　　　　　　　　　　　　Case No. 08-cv-05650 CW

1    WHEREAS, on December 18, 2008, Plaintiff Association of Irritated Residents filed the above-captioned matter against the United States Environmental Protection Agency ("EPA"), alleging that EPA has failed to undertake certain nondiscretionary duties under the Clean Air Act, 42 U.S.C. §§ 7401-7671q, and that such alleged failures are actionable under section 304(a)(2) of the Clean Air Act, 42 U.S.C. § 7604(a)(2);

    WHEREAS, on May 29, 2009, EPA lodged a proposed Consent Decree with the Court, which would fully resolve the claims alleged against EPA in Plaintiff's complaint;

    WHEREAS, before the proposed Consent Decree can be entered by the Court, EPA must provide notice of the Consent Decree in the Federal Register and an opportunity for public comment pursuant to section 113(g) of the Clean Air Act, 42 U.S.C. § 7413(g);

    WHEREAS, the EPA Administrator will promptly consider any written comments received on the proposed Consent Decree and, if none of the comments disclose facts or considerations which indicate that the Decree is inappropriate, improper, inadequate, or inconsistent with the requirements of the Clean Air Act, EPA will move for the Court's entry of the Consent Decree;

    NOW THEREFORE, pursuant to Local Rules 6-2 and 7-12, the parties, by and through their undersigned counsel, hereby stipulate to stay the case pending EPA's consideration of public comments on the proposed Consent Decree.  The stay shall remain in effect until EPA either moves for entry of the Consent Decree, or thirty days after the close of the public comment period as noticed in the Federal Register pursuant to section 113(g) of the Clean Air Act, 42 U.S.C. § 7413(g), whichever is earlier.

**COUNSEL FOR PLAINTIFF:**

Dated: June 2, 2009           /s/  Brent Newell  (with permission)
                              BRENT NEWELL
                              MARYBELLE NZEGWU
                              Center On Race, Poverty & the Environment
                              47 Kearney Street, Suite 804
                              San Francisco, CA 94108
                              Phone: (415) 346-4179
                              Email: bnewell@crpe-ej.org
                              Email: mnzegwu@crpe-ej.org
                              *Counsel for Plaintiff Association of Irritated Residents*

**COUNSEL FOR DEFENDANTS:**

Dated: June 2, 2009

JOHN C. CRUDEN
Acting Assistant Attorney General
Environment & Natural Resources Division

 /s/ Rochelle L. Russell
ROCHELLE L. RUSSELL
Attorney, Environmental Defense Section
U.S. Department of Justice
301 Howard Street, Suite 1050
San Francisco, CA 94150
Tel:   (415) 744-6566
Fax:   (415) 744-6476
Email: rochelle.russell@usdoj.gov
*Attorney for Defendants*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.  THE CASE MANAGEMENT CONFERENCE IS CONTINUED FROM 6/30/09 TO 9/15/09 AT 2:00 P.M.**

Dated: 6/10/09

/s/ Claudia Wilken
CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I certify that on June 2, 2009, a true and correct copy of the foregoing **STIPULATION TO STAY THE CASE PENDING PUBLIC COMMENT ON THE PROPOSED CONSENT DECREE** was served electronically via the Court's e-filing system to Counsel of Record.

          /s/ Rochelle L. Russell
          ROCHELLE L. RUSSELL