Marybelle Nzegwu (SBN 255339)
Brent Newell (SBN 210312)
CENTER ON RACE POVERTY & THE ENVIRONMENT
47 Kearny Street, Suite 804
San Francisco, CA 94108
Telephone:    415/346-4179
Fax:               415/346-8723
Email:            mnzegwu@crpe-ej.org

Caroline Farrell (SBN 202871)
Ingrid Brostrom (SBN 245829)
CENTER ON RACE POVERTY & THE ENVIRONMENT
1302 Jefferson Street, Suite 2
Delano, CA 93215
Telephone:    661/720-9140
Fax:               661/720-9483

Attorneys for Plaintiff
Association of Irritated Residents

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| ASSOCIATION OF IRRITATED RESIDENTS, an unincorporated association,<br><br>  Plaintiff,<br><br>  v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, LISA P. JACKSON, in her official capacity as Administrator of the United States Environmental Protection Agency, and LAURA YOSHII, in her official capacity as Regional Administrator for Region IX of the United States Environmental Protection Agency,<br><br>  Defendants. | Case No. 4:08-CV-05650 CW<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE BILL OF COSTS AND MOTION FOR ATTORNEY'S FEES** |

1     WHEREAS, on December 18, 2008, the Association of Irritated Residents filed the complaint in the above-captioned matter against the United States Environmental Protection Agency; Lisa Jackson in her official capacity as Administrator of the United States Environmental Protection Agency; and Laura Yoshii, in her official capacity as Acting Regional Administrator for Region IX of the United States Environmental Protection Agency (collectively, "EPA" or "Defendants"), alleging that EPA has failed to undertake certain nondiscretionary duties under section 304(a)(2) of the Clean Air Act, 42 U.S.C. § 7604(a)(2);

    WHEREAS, this Court entered a Consent Decree on August 19, 2009 (Document #24);

    WHEREAS, paragraph 10 of the Consent Decree allows AIR to file a bill of costs pursuant to Local Rule 54-1 and a motion for costs of litigation, including reasonable attorneys' fees, pursuant to 42 U.S.C. § 7604(d) and Local Rule 54-6, within 60 days after entry of the Consent Decree;

    WHEREAS, AIR and EPA have made significant progress towards settling the amount of costs and attorneys' fees and require additional time to complete a settlement prior to the October 18, 2009 deadline for AIR to file a bill of costs and motion for attorneys' fees;

    WHEREAS, AIR and EPA seek to conserve litigant and judicial resources and believe that a 60-day extension will allow the parties to resolve costs and fees without placing a burden on the Court;

    NOW THEREFORE, pursuant to Local Rules 6-2 and 7-12, the parties, by and through their undersigned counsel, hereby stipulate to the entry of an order that:

    1.    Continues the deadline for AIR to file a bill of costs pursuant to Local Rule 54-1 and a motion for costs of litigation, including reasonable attorneys' fees, pursuant to Local Rule 54-6, for an additional 60 days from October 18, 2009 to December 17, 2009.

///
///
///
///

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE
BILL OF COSTS AND MOTION FOR ATTORNEY'S FEES

1

1
2  **COUNSEL FOR PLAINTIFFS:**
3  Dated:  October 9, 2009                /s/ Brent Newell
                                          BRENT NEWELL
4                                         Center On Race, Poverty & the Environment
                                          47 Kearney Street, Suite 804
5                                         San Francisco, CA 94108
                                          Phone: (415) 346-4179
6                                         Email: bnewell@crpe-ej.org
                                          *Counsel for Plaintiff Association of Irritated*
7                                         *Residents*
8
9  **COUNSEL FOR DEFENDANTS:**
10 Dated:  October 9, 2009                JOHN CRUDEN
                                          Assistant Attorney General
11                                        Environment & Natural Resources Division
12                                        /s/ Rochelle L. Russell
                                          ROCHELLE L. RUSSELL
13                                        Trial Attorney,
                                          U.S. Department of Justice
14                                        301 Howard Street, Suite 1050
                                          San Francisco, CA 94105
15                                        Tel:    (415) 744-6566
                                          Email: rochelle.russell@usdoj.gov
16                                        *Counsel for Defendants*
17
   IT IS SO ORDERED.
18
            10/15/09
19 Dated: _____              _____
                                          Hon. Claudia Wilken
20                                        United States District Court Judge
21
22
23
24
25
26
27
28

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE
BILL OF COSTS AND MOTION FOR ATTORNEY'S FEES
                                  2