1  JOHN C. CRUDEN
   Acting Assistant Attorney General
2  Environment & Natural Resources Division

3  ROCHELLE L. RUSSELL (Cal. Bar No. 244992)
   Trial Attorney
4  U.S. Department of Justice
   Environment & Natural Resources Division
5  Environmental Defense Section
   301 Howard Street, Suite 1050
6  San Francisco, CA 94105
   Tel:  (415) 744-6566
7  Fax: (415) 744-6476
   Email: rochelle.russell@usdoj.gov
8  *Counsel for Defendants*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ASSOCIATION OF IRRITATED RESIDENTS, an unincorporated association, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al., <br><br> Defendants. | Case No. 08-cv-05650 CW <br><br> **STIPULATION and ORDER** |

STIPULATION AND ORDER                                            08-CV-05650 CW

1   WHEREAS, on December 18, 2008, the Association of Irritated Residents filed the
2   complaint in the above-captioned matter against the United States Environmental Protection
3   Agency et al. (collectively, "EPA"), alleging that EPA has failed to undertake certain
4   nondiscretionary duties under section 304(a)(2) of the Clean Air Act, 42 U.S.C. § 7604(a)(2);
5   WHEREAS, Plaintiff's claims in this matter, other than the costs of litigation and
6   reasonable attorneys' fees, were resolved by a Consent Decree entered by the Court on August
7   19, 2009, <u>see</u> Dkt. 24;
8   WHEREAS, Plaintiff and EPA wish to settle Plaintiff's claims for costs of litigation in
9   this matter, including reasonable attorneys' fees, in order to avoid unnecessary litigation and
10  without any admission of fact or law;
11  NOW THEREFORE, the parties, by and through their undersigned counsel, hereby
12  stipulate to the entry of an order that:
13      1.   The United States shall pay, within 90 days, $11,500 to the Center on Race,
14  Poverty & the Environment by electronic funds transfer in accordance with instructions provided
15  to Defense counsel by Plaintiff"s counsel.
16      2.   Any obligation of the United States to expend funds under this settlement
17  agreement are subject to the availability of appropriations in accordance with the
18  Anti-Deficiency Act, 31 U.S.C. § 1341.  This settlement agreement shall not be construed to
19  require the United States to obligate or pay funds in contravention of said Anti-Deficiency Act,
20  31 U.S.C. § 1341.
21      3.   Payment pursuant to Paragraph 1 within 90 days of the date on which the Court
22  enters this Stipulation and Order (or after 90 days if Plaintiff accepts payment after that date)
23  will constitute full and final payment of costs of litigation, including reasonable attorneys' fees,
24  incurred by Plaintiff in connection with this case prior to the Court's entry of the Consent Decree
25  and in negotiating this Stipulation and Order.  Upon payment within 90 days of the date on
26  which the Court enters this Stipulation and Order (or upon payment after 90 days if Plaintiffs
27  accept payment), Plaintiff releases the United States, including EPA, from any claims regarding
28  such fees and costs incurred by Plaintiff in connection with this case prior to the Court's entry of
    the Consent Decree and in negotiating this Stipulation and Order.  The payment pursuant to

1  Paragraph 1 does not affect Plaintiff's right to seek to recover reasonable costs and attorneys'
2  fees that Plaintiff may incur to enforce the Consent Decree, nor does it affect the right of EPA to
3  oppose any such request for fees and costs, as provided in Paragraph 11 of the Consent Decree.
4      4.    In the event the United States fails to pay the sum specified in Paragraph 1 within
5  90 days of the date on which the Court enters this Stipulation and Order, Plaintiff may file a
6  motion with the Court for its costs of litigation, including reasonable attorneys' fees.  Such
7  motion shall be filed no later than 150 days after the date the Court enters this Stipulation and
8  Order.  The parties agree that, in litigation over such fee application, the United States reserves
9  any defenses it may have to a fee application.

                    Respectfully submitted,

**COUNSEL FOR DEFENDANTS:**

Dated:  October 26, 2009        JOHN C. CRUDEN
                                        Acting Assistant Attorney General
                                        Environment & Natural Resources Division

                                        /s/ Rochelle L. Russell
                                        ROCHELLE L. RUSSELL
                                        Attorney, Environmental Defense Section
                                        United States Department of Justice
                                        301 Howard Street, Suite 1050
                                        San Francisco, CA 94105
                                        Tel:  (415) 744-6566
                                        Email: rochelle.russell@usdoj.gov
                                        *Counsel for Defendants*

**COUNSEL FOR PLAINTIFF:**

Dated:  October 26, 2009        /s/  Brent Newell
                                          BRENT NEWELL
                                          Center On Race, Poverty & the Environment
                                          47 Kearney Street, Suite 804
                                          San Francisco, CA 94108
                                          Phone: (415) 346-4179
                                          Email: bnewell@crpe-ej.org
                                          *Counsel for Plaintiff Association of Irritated Residents*

**<u>PURSUANT TO STIPULATION, IT IS SO ORDERED.</u>  The Case Management Conference set for 12/15/09 is vacated.**

10/27/09
Dated: _____                        */s/ Claudia Wilken*
                                          _____
                                          Hon. Claudia Wilken
                                          United States District Court Judge