IGNACIA S. MORENO
Assistant Attorney General
Environment & Natural Resources Division

ROCHELLE L. RUSSELL (Cal. Bar No. 244992)
Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
301 Howard Street, Suite 1050
San Francisco, CA 94105
Tel:  (415) 744-6566
Fax: (415) 744-6476
Email: rochelle.russell@usdoj.gov
*Counsel for Defendants*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ASSOCIATION OF IRRITATED RESIDENTS, an unincorporated association, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al., <br><br> Defendants. | Case No. 08-cv-05650 CW <br><br> **STIPULATION TO DISMISS WITH PREJUDICE** <br><br> **AND** <br><br> **[PROPOSED] ORDER THEREON** |

1    Pursuant to Paragraph 3 of the Consent Decree entered by the Court on August 18, 2009
2 in the above-captioned matter (Dkt. 24) and Federal Rule of Civil Procedure 41(a)(1), the parties
3 to this action, Plaintiff Association of Irritated Residents and Defendants United States
4 Environmental Protection Agency et al. ("EPA" or "Agency"), hereby stipulate and agree,
5 through their undersigned counsel, that this action shall be dismissed with prejudice.

6    Paragraph 3 of the Consent Decree provides that the parties will jointly request the Court
7 to dismiss this action with prejudice when the actions in Paragraph 2 of the Consent Decree,
8 taken pursuant to section 110(k) of the Clean Air Act, 42 U.S.C. § 9410(k), have been
9 completed.

10    EPA has fulfilled the obligations set forth in Paragraph 2 of the Consent Decree, which
11 required EPA to: (1) sign for publication in the Federal Register no later than June 30, 2009 its
12 proposed action on the San Joaquin Valley Unified Air Pollution Control District Rule 3170; (2)
13 sign for publication in the Federal Register no later than December 11, 2009 its final action on
14 the San Joaquin Valley Unified Air Pollution Control District Rule 3170; and (3) deliver the
15 notices to the Office of the Federal Register for publication.  *See* Revisions to the California
16 State Implementation Plan, San Joaquin Valley Unified Air Pollution Control District, 74 Fed.
17 Reg. 33,950 (June 14, 2009), and corrected version, 74 Fed. Reg. 41,826 (Aug. 19, 2009);
18 Revisions to the California State Implementation Plan, San Joaquin Valley Unified Air Pollution
19 Control District, 75 Fed. Reg. 1,716 (Jan. 13, 2010).

20    Accordingly, the terms of Paragraph 2 of the Consent Decree have been satisfied, and
21 dismissal of this action with prejudice is appropriate.

                                        Respectfully submitted,

COUNSEL FOR DEFENDANTS:

Dated:  April 2, 2010                   IGNACIA S. MORENO
                                        Assistant Attorney General
                                        Environment & Natural Resources Division

                                         /s/ Rochelle L. Russell
                                        ROCHELLE L. RUSSELL
                                        Attorney, Environmental Defense Section
                                        United States Department of Justice
                                        301 Howard Street, Suite 1050
                                        San Francisco, CA 94105
                                        Tel:  (415) 744-6566

Email: rochelle.russell@usdoj.gov
*Counsel for Defendants*

COUNSEL FOR PLAINTIFF:

Dated: April 2, 2010

/s/  Brent Newell
BRENT NEWELL
Center On Race, Poverty & the Environment
47 Kearney Street, Suite 804
San Francisco, CA 94108
Phone: (415) 346-4179
Email: bnewell@crpe-ej.org
*Counsel for Plaintiff Association of Irritated Residents*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____4/5/2010_____

_____
Hon. Claudia Wilken
United States District Court Judge